UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAKEYA AVELAR, individually, and SHAKEYA AVELAR as parent and guardian for I█████ A██████ AND I█████ A█████, minors, CARLOS TORRES, individually, AND NEVIAH TORRES, individually, <br><br>                                        Plaintiffs, <br><br>     v. <br><br> PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign corporation, <br><br>                                        Defendant. | NO. 2:26-CV-00595 <br><br> ORDER GRANTING DEFENDANT'S MOTION FOR APPOINTMENT OF SETTLEMENT GUARDIAN AD LITEM |

THIS MATTER comes before the Court on Defendant Progressive Direct Insurance Company's Motion for Appointment of Settlement Guardian ad Litem, requesting the Court appoint a Settlement Guardian Ad Litem for the two minor Plaintiffs, I.A. and I.A.  Dkt. # 15.  Defendant represents that "Prior to Plaintiffs' counsel's withdrawal, all parties agreed that it would benefit I.A and I.A to have a

ORDER GRANTING DEFENDANT'S MOTION FOR
APPOINTMENT OF SETTLEMENT GUARDIAN AD LITEM -
1 of 2

Settlement Guardian Ad Litem review the proposed settlements for the minors."

*Id.* at 2.

THE COURT, having reviewed the Motion, and considering that the minors are unrepresented by counsel, and seeing no just cause for delay hereby ORDERS, ADJUDGES, and DECREES as follows:

1. Defendant Progressive Direct Insurance Company's Motion for Appointment of Settlement Guardian ad Litem is GRANTED.

2. The Court DIRECTS Defendant to recommend a Guardian ad Litem for minors I.A and I.A via a brief by June 30, 2026.  The brief must be accompanied by a Declaration from the recommended Guardian ad Litem, which includes qualifications and attaches a curriculum vitae.

3. Defendant Progressive Direct Insurance Company will cover the fees for the Settlement Guardian Ad Litem.

DATED: June 23, 2026.

_____
John H. Chun
UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFENDANT'S MOTION FOR
APPOINTMENT OF SETTLEMENT GUARDIAN AD LITEM -
2 of 2