UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHAKEYA AVELAR, individually, and SHAKEYA AVELAR as parent and guardian for I.A. 1 AND I.A. 2, minors, CARLOS TORRES, individually, AND NEVIAH TORRES, individually, | CASE NO. 2:26-cv-00595-JHC |
| Plaintiffs, | ORDER |
| v. | |
| PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign corporation, | |
| Defendant. | |

This matter comes before the Court on Defendant Progressive Direct Insurance Company's Brief in Support of Appointment of Wesley Mortensen as SGAL. Dkt. # 17. The Court previously granted Defendant's Motion to Appoint Settlement Guardian ad Litem and directed Defendant to recommend a Guardian Ad Litem. *See* Dkt. # 16. Having considered the brief, the Declaration of Wesley D. Mortensen, and the rest of the file, the Court finds that appointment of Wesley D. Mortensen as Settlement Guardian ad Litem is in the best interests of I.A. and I.A.

THEREFORE, for good cause shown, it is hereby ORDERED:

ORDER - 1

1. That Wesley D. Mortensen is appointed as Settlement Guardian ad Litem on behalf of I.A. and I.A.

2. Mr. Mortensen is directed to provide the Court with a written report and recommendation regarding the adequacy of any proposed settlement between I.A. and I.A. and Defendant within 30 days of the parties reaching any proposed settlement.

Dated this 30th day of June, 2026.

John H. Chun
United States District Judge

ORDER - 2