UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHAKEYA AVELAR, individually, and SHAKEYA AVELAR as parent and guardian for I.A. 1 and I.A. 2, minors, CARLOS TORRES, individually, AND NEVIAH TORRES, individually,<br>Plaintiffs,<br>v.<br>PROGRESSIVE DIRECT INSURANCE COMPANY, a foreign corporation,<br>Defendant. | NO. 2:26-cv-00595-JHC<br><br>ORDER GRANTING DEFENDANT'S PETITION FOR APPROVAL OF SETTLEMENT |

This matter comes before the Court on Defendant Progressive Direct Insurance Company's apparently unopposed Petition for Approval of Settlement, requesting the Court approve settlement for the two minor Plaintiffs, I.A. and I.A. Dkt. # 21.

The Court, having reviewed the Petition, and considering that the minors are unrepresented by counsel, and seeing no just cause for delay hereby ORDERS as follows:

1. Defendant Progressive Direct Insurance Company's Petition for Approval of Settlement (Dkt. # 21) is GRANTED.

2. Defendant Progressive Direct Insurance Company will cover the fees for the Settlement Guardian Ad Litem.

Dated this 29th day of September, 2026,

John H. Chun
United States District Judge